# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Annie Overeem

_____

_____

_____

(Full Name of Plaintiff or Plaintiffs)

vs

Clarity Care

_____

_____

(Full Name of Defendant or Defendants)

USDC EDWI
FILED IN GREEN BAY DIV
AUG 22 2013
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

Case No. **13 C 957**
(Supplied by Clerk)

## COMPLAINT

I. **PREVIOUS LAWSUITS**

  A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
  ☐ YES  ☑ NO

  B. Have you begun other lawsuits in state or federal court?
  ☐ YES  ☑ NO

  C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

  1. Parties to the previous lawsuit

  Plaintiff(s) _____

  _____

  Defendant(s) _____

  _____

  2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

  _____

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) **Annie M. Overeem**

B. Your Address and Phone Number **1411 Beech Tree drive Green Bay WI, 54304   920-712-2033**
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) **Clarity Care**

D. Defendants address **2649 Manitowoc Rd Green Bay WI, 54311-6509   920-469-5240**

E. Additional DEFENDANTS (names and addresses) _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: I was discriminated against while working at Clarity care because I'm a black woman. My life has not been the same since they fired me and money can not replace the guilt and shame that Clarity Care put me and my family through. I lost out on a lot due to Clarity Care firing me and Clarity Care had no remorse about the fact that I was getting and eviction from my residence because they was late paying me my first paycheck. My Good name has been slandered in the process of it all. When nursing employers look up my work history it shows that I've been fired but it doesnt say why or if the company was at fault. Which in my case Clarity Care broken all my Civil rights as an employee. by doing the following things. ① I was illegally fired on 9-17-12, ② The company give false information about me, ③ Company made me take a TB when I had one took two months before I started with their company when the State of WI only requires CNA to

**STATEMENT OF CLAIM**-Continued

have a TB test tooken once a year, ④ my first pay check was 4 weeks late, ⑤ Their company allow employees to make their own work schedule but they did not let me, ⑥ The Co-worker who trained me made statement about how 'blacks are lazy.' ⑦ Company stated I broke hippi law for many reason then change the story stating it was an honest mistake on their part, ⑧ The Company never took any statement from me during the firing process, ⑨ The company gave me no warnings that my job would be terminated and finally the company still have not paid me for milage to this date. Again my family was harm by what Clarity Care done and I hope that my statement and case helps to see that this type of situation does not happen again. If I was still working for the company I would have grosseer over 25,000 dollars by now if not more, at Clarity they give full-time workers 8,000 dollars for a down payment on a home as long as the employee sticks with the company for over one year. I'm emotionally affected

**STATEMENT OF CLAIM**-Continued

by them. I was taking classes at College and fell the classes due to needing to work and pay bills. I got turn down for credit cards offers that I could have gotten if I was not fired. Clarity Care took alot from me in the short period of time and I have witnesses to some of this information.

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I'm requesting One hundred million dollars

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this August day of 23, 2013.

_Annie Overson_
(Signature of Plaintiff(s))



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Milwaukee Area Office

310 West Wisconsin Avenue, Suite 800
Milwaukee, WI 53203-2292
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Milwaukee Status Line: (866) 408-8075
Milwaukee Direct Dial: (414) 297-1112
TTY (414) 297-1115
FAX (414) 297-4133 & 3146
Website: www.eeoc.gov

# NOTICE TO CHARGING PARTY

**YOUR CHARGE WAS DUAL-FILED WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) TO PRESERVE YOUR RIGHT TO SUE IN COURT UNDER FEDERAL LAW.**

Your charge with the Wisconsin Equal Rights Division (ERD) has also been filed with the EEOC under one or more of the following federal employment discrimination laws: Title VII of the Civil Rights Act of 1964 (Title VII); the Age Discrimination in Employment Act (ADEA); the Americans with Disabilities Act (ADA); the Equal Pay Act (EPA); or the Genetic Information Nondiscrimination Act (GINA).

Please cooperate with the ERD as they process this charge. The EEOC will not act on the charge until the ERD completes its proceedings. Their final findings and orders may be adopted by the EEOC. They will investigate and resolve the charge under their statute. Under section 1601.76 of the EEOC's regulations, you may ask the EEOC to perform a Substantial Weight Review of their final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the ERD's final finding on your charge. Otherwise, the EEOC will generally adopt their finding.

**If you wish to file a private lawsuit:**

> Under Title VII, the ADA and GINA, the EEOC must issue a Notice of Right to Sue, either at your request or after the EEOC acts on the Agency's finding, before you may file private lawsuit.
>
> A private ADEA lawsuit may be filed at any time 60 days after you filed your charge. There is no need to wait for EEOC or the Agency to complete action before filing suit. However, please note that the right to sue will expire 90 days after you receive notice from EEOC that we have completed action on the charge.
>
> An EPA lawsuit may be brought immediately without waiting for EEOC or the Agency to complete action on the charge. EPA suits must be brought within two years (three years in cases of willful violations) of any alleged underpayment.

**While your charge is pending, please notify EEOC and ERD of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.**