NO. 13-C-957

To: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN,

I (Annie Overeem), would like to remove my complaint from the federal court without prejudice.

Thank you,

USDC EDWI
FILED IN GREEN BAY DIV
SEP 2 4 2013
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

Annie Overeem
9-24-2013.